UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

**FILED**
**DECEMBER 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Felicia C. Cannon, Clerk                                    Reply to Northern Division Address

December 7, 2007

United States District Court
Northern District of Illinois - Clerk's Office
Everett McKinley Dirksen
United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

**07 C 6714**

Re: Maura C. Burton v. Deutsche Bank National Trust Co., et al.
    Civil Action No.: WDQ 07-869

**JUDGE ASPEN**

Dear Clerk:

[ X]   On 12/6/07, an Conditional Transfer Order was filed transferring the above-captioned case to your Court. The pleadings requested were emailed to Laura Springer of your court.

[   ]   On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[   ]   Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

   Thank you for your cooperation and courtesy in this matter.

                                    Sincerely,

                                    Felicia C. Cannon, Clerk


                            By:     /s/
                                    Evaleen Gibbons, Deputy Clerk

Enclosure:

Received by: _____
Date: _____
New Case No.: _____                Letter Transferring Case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

CLOSED, IFPPRO

# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00869-WDQ
## Internal Use Only

Burton v. Deutsche Bank National Trust Co., et al.
Assigned to: Judge William D Quarles, Jr
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 04/04/2007
Date Terminated: 11/27/2007
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Maura C. Burton**  represented by  **Maura C. Burton**
19 Hilltop Place
Baltimore, MD 21228
410-788-6556
PRO SE

V.

**Defendant**

**Deutsche Bank National Trust Co.**  represented by  **Charles L Eisen**
*as Trustee c/o AMC Mortgage Services Inc.*
Kirkpatrick and Lockhart
Nicholson Graham LLP
1601 K St NW
Washington, DC 20006
12027789000
Fax: 12027789100
Email: charles.eisen@klgates.com

*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

**John P. Panteleakis**

**Defendant**

**Gene Jung**

**Defendant**

**Beirman, Geesing and Ward, LLC**

**Defendant**

**Ameriquest Mortgage Company**　represented by **Charles L Eisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMC Mortgage Services, Inc.**　represented by **Charles L Eisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2007 | 1 | COMPLAINT against Deutsche Bank National Trust Co., filed by Maura C. Burton. (Attachments: # 1 Civil Cover Sheet # 2 Attachments)(raf, Deputy Clerk) (Entered: 04/05/2007) |
| 04/04/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by Maura C. Burton. (raf, Deputy Clerk) (Entered: 04/05/2007) |
| 04/04/2007 |  | (Court only) ***Party John P. Panteleakis, and Gene Jung, and Beirman, Geesing and Ward, LLC added. (eg, Deputy Clerk) Modified on 7/18/2007 (raf, Deputy Clerk). (Entered: 06/06/2007) |
| 04/05/2007 |  | (Court only) ***Set/Clear Flags (raf, Deputy Clerk) (Entered: 04/05/2007) |
| 04/05/2007 |  | (Court only) ***Staff notes-service copies and summonses received (raf, Deputy Clerk) (Entered: 04/05/2007) |
| 06/08/2007 | 3 | ORDER denying 2 Motion for Leave to Proceed in forma pauperis; Plaintiff is GRANTED 30 DAYS from the date of this Order to submit a partial filing fee of $200.00. Signed by Judge William D Quarles Jr. on 6/8/07. (c/m)(egs, Deputy Clerk) (Entered: 06/08/2007) |
| 07/06/2007 |  | Filing fee: $ 200, receipt number 14637018180 (jnl, Deputy Clerk) (Entered: 07/09/2007) |

| | | |
|---|---|---|
| 07/18/2007 | 4 | ORDER DIRECTING Clerk to issue summons. Signed by Judge William D Quarles Jr. on 7/18/07. (c/m 7/18/07 jnl, Deputy Clerk) (Entered: 07/18/2007) |
| 07/18/2007 | 5 | Summons Issued 20 days as to John P. Panteleakis, Gene Jung, Beirman, Geesing and Ward, LLC, Deutsche Bank National Trust Co.. (raf, Deputy Clerk) (Entered: 07/18/2007) |
| 10/10/2007 | 6 | STICKEN ANSWER to Complaint by Ameriquest Mortgage Company, AMC Mortgage Services, Inc..(Eisen, Charles) Modified on 11/2/2007 (cag, Deputy Clerk). (Entered: 10/10/2007) |
| 10/10/2007 | 7 | STRICKEN - ANSWER to Complaint by AMC Mortgage Services, Inc..(Eisen, Charles) Modified on 11/2/2007 (slf, Deputy Clerk). (Entered: 10/10/2007) |
| 10/10/2007 | 8 | STRICKEN - ANSWER to Complaint by Deutsche Bank National Trust Co..(Eisen, Charles) Modified on 11/2/2007 (slf, Deputy Clerk). (Entered: 10/10/2007) |
| 10/10/2007 | 9 | Local Rule 103.3 Disclosure Statement by Ameriquest Mortgage Company identifying ACC Capital Holdings Corporation as Corporate Parent.. (Eisen, Charles) (Entered: 10/10/2007) |
| 10/10/2007 | 10 | Local Rule 103.3 Disclosure Statement by AMC Mortgage Services, Inc. identifying ACC Capital Holdings Corporation as Corporate Parent.. (Eisen, Charles) (Entered: 10/10/2007) |
| 10/10/2007 | 11 | Local Rule 103.3 Disclosure Statement by Deutsche Bank National Trust Co. identifying Deutsche Bank AG as Corporate Parent.. (Eisen, Charles) (Entered: 10/10/2007) |
| 10/11/2007 | 12 | SUMMONS Returned Executed Beirman, Geesing and Ward, LLC served on 9/13/2007, answer due 10/3/2007. (jnl, Deputy Clerk) (Entered: 10/11/2007) |
| 10/11/2007 | 13 | SUMMONS Returned Executed Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. served on 9/20/2007, answer due 10/10/2007. (jnl, Deputy Clerk) (Entered: 10/11/2007) |
| 10/11/2007 | 14 | MOTION for Default Judgment as to Ameriquest Mortgage Company, AMC Mortgage Services, Deutsche Bank National Trust Company and Beirman, Geesing and Ward, LLC by Maura C. Burton. (jnl, Deputy Clerk) (Entered: 10/11/2007) |

| | | |
|---|---|---|
| 10/11/2007 | 15 | ORDER directing the Clerk to amend the docket to reflect that Ameriquest Mortgage Company and AMC Mortgage Services, Inc. are listed as additional defendants in this case. Signed by Judge William D Quarles Jr. on 10/11/07. (c/m 10/11/07 jnl, Deputy Clerk) (Entered: 10/11/2007) |
| 10/16/2007 | 16 | RESPONSE in Opposition re 14 MOTION for Default Judgment as to filed by Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Co..Replies due by 10/30/2007. (Eisen, Charles) (Entered: 10/16/2007) |
| 10/16/2007 | 17 | AFFIDAVIT re 16 Response in Opposition to Motion by Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Co.. (Eisen, Charles) (Entered: 10/16/2007) |
| 10/18/2007 | 18 | REPLY to Response to Motion re 14 MOTION for Default Judgment as to filed by Maura C. Burton. (slf, Deputy Clerk) (Entered: 10/18/2007) |
| 10/18/2007 | 19 | Correspondence from defendants re: sending copy of the complaint. (slf, Deputy Clerk) (Entered: 10/18/2007) |
| 10/19/2007 | 20 | ORDER denying 14 Motion of plaintiff for Default Judgment; Plaintiff shall file any Amended Complaint within 10 days of the date of this Order; Defendants' Answers to the Complaint (Paper Nos. 6,7, and 8) are STRICKEN to be refiled upon Plaintiff's filing an Amended Complaint in compliance with this order. Signed by Judge William D Quarles Jr. on 12/19/07. (c/m 10/19/07) (slf, Deputy Clerk) (Entered: 10/19/2007) |
| 10/24/2007 | 21 | AMENDED COMPLAINT against Beirman, Geesing and Ward, LLC, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Co., filed by Maura C. Burton, pro se. (Attachments: # 1 Cover Letter# 2 Enclosure 1# 3 Enclosure 2# 4 Enclosure 3)(eg, Deputy Clerk) (Entered: 10/24/2007) |
| 11/09/2007 | 22 | MOTION to Stay [Defendants' Expedited Motion to Stay Action Pending Disposition of the Conditional Transfer Order Issued by the Judicial Panel on Multidistrict Litigation and Incorporated Memorandum in Support of Same] by Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Co.. Responses due by 11/26/2007 (Eisen, Charles) (Entered: 11/09/2007) |

| | | |
|---|---|---|
| 11/09/2007 | 23 | AFFIDAVIT re 22 MOTION to Stay *[Defendants' Expedited Motion to Stay Action Pending Disposition of the Conditional Transfer Order Issued by the Judicial Panel on Multidistrict Litigation and Incorporated Memorandum in Support of Same]* MOTION to Stay *[Defendants' Expedited Motion to Stay Action Pending Disposition of the Conditional Transfer Order Issued by the Judicial Panel on Multidistrict Litigation and Incorporated Memorandum in Support of Same] [Declaration of Aimee E. Bierman]* by Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Co.. (Attachments: # 1 Exhibit A# 2 Errata B) (Eisen, Charles) (Entered: 11/09/2007) |
| 11/13/2007 | 24 | ANSWER to Amended Complaint by AMC Mortgage Services, Inc..(Eisen, Charles) (Entered: 11/13/2007) |
| 11/13/2007 | 25 | ANSWER to Amended Complaint by Ameriquest Mortgage Company.(Eisen, Charles) (Entered: 11/13/2007) |
| 11/13/2007 | 26 | ANSWER to Amended Complaint by Deutsche Bank National Trust Co..(Eisen, Charles) (Entered: 11/13/2007) |
| 11/14/2007 | 27 | Correspondence regarding the expedited motion to stay. Copy sent by chambers via U.S. Mail to plaintiff on 11/14/07. (Motz, J.) (Entered: 11/14/2007) |
| 11/27/2007 | 28 | ORDER ADMINISTRATIVELY CLOSING the case. Signed by Judge William D Quarles Jr. on 11/27/07. (c/m to plaintiff) (eg, Deputy Clerk) Modified on 11/28/2007 (eg, Deputy Clerk). (Entered: 11/27/2007) |
| 11/27/2007 | | (Court only) ***Motions terminated: 22 MOTION to Stay *[Defendants' Expedited Motion to Stay Action Pending Disposition of the Conditional Transfer Order Issued by the Judicial Panel on Multidistrict Litigation and Incorporated Memorandum in Support of Same]* MOTION to Stay *[Defendants' Expedited Motion to Stay Action Pending Disposition of the Conditional Transfer Order Issued by the Judicial Panel on Multidistrict Litigation and Incorporated Memorandum in Support of Same]* filed by Deutsche Bank National Trust Co., Ameriquest Mortgage Company, AMC Mortgage Services, Inc.. (eg, Deputy Clerk) (Entered: 11/27/2007) |
| 11/27/2007 | | (Court only) ***Civil Case Terminated. (eg, Deputy Clerk) (Entered: 11/27/2007) |

| | | |
|---|---|---|
| 11/28/2007 | 29 | RESPONSE in Opposition re 22 MOTION to Stay Action Pending Disposition of the Conditional Transfer Order Issued by the Judicial Panel on Multidistrict Litigation filed by Maura C. Burton. (c/s) (eg, Deputy Clerk) (Entered: 11/29/2007) |
| 12/07/2007 | 30 | CONDITIONAL TRANSFER ORDER (CTO-31),. Signed by Clerk of the Panel (eg, Deputy Clerk) (Entered: 12/07/2007) |
| 12/07/2007 | 31 | Correspondence from Clerk re: USDC Northern District of Illinois re Conditional Transfer. (eg, Deputy Clerk) (Entered: 12/07/2007) |

A CERTIFIED TRUE COPY

NOV 2 1 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
NOVEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 5 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 6 2007

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION
**DMK**

MDL No. 1715

**07 C 6714**

(SEE ATTACHED SCHEDULE)

JUDGE ASPEN

### CONDITIONAL TRANSFER ORDER (CTO-31)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 270 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on _____
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ LAURA SPRINGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: DECEMBER 3, 2007

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                MDL No. 1715

## SCHEDULE CTO-31 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA SOUTHERN
ALS  1  07-702    Michael Manning v. Ameriquest Mortgage Co., et al. — 07cv6708
ALS  1  07-703    Stanley Daniels, et al. v. Ameriquest Mortgage Co., et al. — 07cv6709
ALS  1  07-707    Sharon W. Crawford v. Argent Mortgage Co. — 07cv6710
ALS  1  07-709    Allie Bell Snowden v. Ameriquest Mortgage Co. — 07cv6711
ALS  1  07-748    Curtis Rackley, et al. v. Ameriquest Mortgage Co. — 07cv6712
ALS  1  07-753    Joyce Williams v. Ameriquest Mortgage Co. — 07cv6713

MARYLAND
MD  1  07-869     Maura C. Burton v. Deutsche Bank National Trust Co., et al. — 07cv6714

          BKY.
**DIST. DIV. ADVY. #**         **CASE CAPTION**

MAINE
~~ME  2  07-2087~~     ~~Douglas B. Campbell, et al. v. Ameriquest Mortgage Co.~~
                       Opposed 11/21/07