From: MAURA BURTON
19 HILLTOP PL
CATONSVILLE MD 21228

RETURNED TO [illegible]
FORWARDED [illegible]
Downtown [illegible]

Rea

Utilit

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
AMERIQUEST MORTGAGE CO.
AMC MORTGAGE SERVICES
DEUTSCHE BANK NATIONAL TRUST CO.
NATIONAL REGISTERED AGENTS
11 E. CHASE ST.
BALTIMORE MD 21202

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540