ENCLOSURE #2

```
              CATONSVILLE POST OFFICE
                BALTIMORE, Maryland
                    212289998
                  2303830010 -0098
09/19/2007      (410)869-7204      06:08:21 PM

                    Sales Receipt
Product            Sale  Unit           Final
Description        Qty   Price          Price

Utility             1    $0.99          $0.99
Mailer
10.5x16-RP
BALTIMORE MD 21202                      $1.99
Zone-0 First-Class
Large Env
 7.80 oz.
  Return Rcpt (Green Card)              $2.15
  Certified                             $2.65
  Label #:        70993400001176437348
                                       ========
Issue PVI:                              $6.79

Total:                                  $7.78

Paid by:
MasterCard                              $7.78
   Account #:         XXXXXXXXXXXX2908
   Approval #:        011475
   Transaction #:     890
23 902860063

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000203315147
Clerk: 04

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
****************************************
****************************************
         HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

        TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

             YOUR OPINION COUNTS
****************************************
****************************************


                  Customer Copy
```